# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JULIAN GONZALEZ, Defendant. | CR 18-47-GF-BMM-3  **JUDGMENT OF ACQUITTAL** |

This case having been tried to a Judge on February 13, 2019, and in accordance with the findings of the Judge, **IT IS ORDERED** that the Defendant is **ACQUITTED** of the charges in the Indictment.

DATED this 13th day February of 2019.

_____
Brian Morris
United States District Court Judge